IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LABORERS' HEALTH & WELFARE FUND, on behalf of itself and others similarly situated,<br><br>*Plaintiff*s,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. and BOEHRINGER INGELHEIM INTERNATIONAL GMBH,<br><br>*Defendants*. | Case No. 1:24-cv-10565 |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Massachusetts Laborers' Health & Welfare Fund ("Plaintiff"), on behalf of itself and others similarly situated, and Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Class Action Complaint ("Complaint") on March 6, 2024;

WHEREAS, Defendant Boehringer Ingelheim Pharmaceuticals, Inc. was served with the Complaint on March 20, 2024;

WHEREAS, as of the date of this stipulation, Defendant Boehringer Ingelheim International GmbH has not been served with the Complaint;

WHEREAS, absent an extension, Defendant Boehringer Ingelheim Pharmaceuticals, Inc.'s deadline to answer or otherwise respond to the Complaint is April 10, 2024;

WHEREAS, absent an extension, Plaintiff's opposition to any motion to dismiss would be due 14 days after the motion is filed, *see* D. Mass. L.R. 7.1(b)(2);

WHEREAS, the Parties have met and conferred;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that,

1. Defendant Boehringer Ingelheim International GmbH will accept service of the Complaint through counsel[1];

2. Defendants consent to Plaintiff amending the complaint once within 30 days of this stipulation's execution;

3. Plaintiff will accept a stay of discovery with regard to Defendant Boehringer Ingelheim International GmbH until a motion to dismiss by Defendant Boehringer Ingelheim International GmbH is decided by the Court, if such a motion is filed;

4. Plaintiff will extend Defendants' deadline to answer or otherwise respond to the Complaint until July 18, 2024 (120 days from March 20, 2024, the date of service on Defendant Boehringer Ingelheim Pharmaceuticals, Inc.);

5. In the event that Plaintiff files an amended complaint, Plaintiff will extend Defendants' deadline to answer or otherwise respond to the amended complaint until July 18, 2024, or 60 days from the date the amended complaint is filed, whichever is later;

The Parties, through their counsel, jointly request that the Court grant an order approving the foregoing stipulation and setting the foregoing deadlines.

//

//

//

---

[1] By accepting service, Defendant Boehringer Ingelheim International GmbH does not waive any challenges it may raise to venue or jurisdiction.

Dated  April 9, 2024  Respectfully submitted,

By: */s/ Todd A. Seaver*
   Todd A. Seaver (BBO No. 645874)
   Carl N. Hammarskjold (*pro hac vice application filed*)
   Berman Tabacco
   425 California Street
   Suite 2300
   San Francisco, CA 94104
   Phone: (415) 433-3200
   Email: tseaver@bermantabacco.com
   Email: chammarskjold@bermantabacco.com

   Leslie R. Stern (BBO No. 631201)
   Steven L. Groopman (BBO No. 568933)
   Brooke Lowell (BBO #712633)
   Berman Tabacco
   One Liberty Square
   5th Floor
   Boston, MA 02109
   Phone: (617) 542-8300
   Email: lstern@bermantabacco.com
   Email: sgroopman@bermantabacco.com
   Email: blowell@bermantabacco.com

   Gregory S. Asciolla (*pro hac vice application forthcoming*)
   Matthew J. Perez (*pro hac vice application forthcoming*)
   Dicello Levitt LLP
   485 Lexington Avenue, Suite 1001
   New York, NY 10017
   Phone: (646) 933-1000
   Email: gasciolla@dicellolevitt.com
   Email: mperez@dicellolevitt.com

By: */s/ Caeli Higney*
   Caeli Higney (*pro hac vice application forthcoming*)
   Gibson, Dunn & Crutcher LLP
   One Embarcadero Center
   Suite 2600
   San Francisco, CA 94111-3715
   Phone: (415) 393-8200
   Email: chigney@gibsondunn.com

   Samuel Liversidge (*pro hac vice application forthcoming*)
   Gibson, Dunn & Crutcher LLP
   333 South Grand Avenue
   Los Angeles, CA 90071-3197
   Phone: (213) 229-7000
   Email: sliversidge@gibsondunn.com

   Stephen Weissman (*pro hac vice application forthcoming*)
   Steve Pet (*pro hac vice application forthcoming*)
   Gibson, Dunn & Crutcher LLP
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
   Phone: (202) 955-8678
   Email: sweissman@gibsondunn.com
   Email: spet@gibsondunn.com

   *Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelehim International GmbH*

Natasha J. Fernández-Silber (*pro hac vice application forthcoming*)
Edelson PC
350 North LaSalle, 14th Floor
Chicago, IL 60654
Phone: (312) 589-6370
Facsimile: (312) 589-6378
Email: nfernandezsilber@edelson.com

Yaman Salahi (*pro hac vice application forthcoming*)
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
Phone: (415) 212-9300
Email: ysalahi@edelson.com

Marvin A. Miller (*pro hac vice application filed*)
Matthew E. Van Tine (BBO No. 541943)
Lori A. Fanning (*pro hac vice application filed*)
Andrew Szot (*pro hac vice application filed*)
Kate E. Boychuck (*pro hac vice application filed*)
Miller Law LLC
53 West Jackson Boulevard, Suite 1320
Chicago, IL 60604
Phone: (312) 332-3200
Email: mmiller@millerlawllc.com
Email: mvantine@millerllc.com
Email: lfanning@millerlawllc.com
Email: aszot@millerlawllc.com
Email: kboychuck@millerlawllc.com

*Attorneys for Plaintiff Massachusetts Laborers' Health & Welfare Fund, on behalf of itself and others similarly situated*

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024

                                                Hon. Denise J. Casper
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Todd Seaver, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2024.

I further certify that on April 9, 2024, I caused to be electronically served a true and correct copy of the foregoing document to the persons at the addresses set forth below:

Caeli Higney
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Phone: (415) 393-8200
Email: chigney@gibsondunn.com

Samuel Liversidge
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7000
Email: sliversidge@gibsondunn.com

Stephen Weissman
Steve Pet
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 955-8678
Email: sweissman@gibsondunn.com
Email: spet@gibsondunn.com

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelehim International GmbH*

By:   */s/ Todd A. Seaver*
      Todd A. Seaver
      *Attorney for Plaintiffs*