# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LABORERS' HEALTH & WELFARE FUND, on behalf of itself and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. and BOEHRINGER INGELHEIM INTERNATIONAL GMBH,<br><br>*Defendants.* | Civ. No. 1:24-cv-10565-DJC<br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

1.      Pursuant to Local Rule 83.5.3, the undersigned counsel, Todd A. Seaver, hereby moves that this Court enter an Order granting leave to Matthew D. Pearson ("Attorney Pearson"), Berman Tabacco, 425 California Street, Suite 2300, San Francisco, California, 94104, to appear on behalf of Plaintiff, Massachusetts Laborers' Health & Welfare Fund, in the above-captioned action.

2.      As set forth in the accompanying Certification of Matthew D. Pearson ("Pearson Certification"):

   a.  Attorney Pearson is a partner in Berman Tabacco's San Francisco office.

   b.  Attorney Pearson is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice. Attorney Pearson is and has been a member in good standing of the bar of the State of California since 2005. In addition, Attorney Pearson has been admitted to practice in the following jurisdictions: Southern, Central, and Northern Districts of California.

   c.  Attorney Pearson is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar.

   d.  Attorney Pearson has not previously had a *pro hac vice* admission to this Court revoked for misconduct.

   e.  Attorney Pearson has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

3. In further support of this motion, Attorney Pearson has submitted herewith his Certificate of Good Standing from the California Supreme Court, which is attached as Exhibit A to the Pearson Certification.

4. WHEREFORE, the undersigned counsel respectfully moves that Matthew D. Pearson be admitted to practice before this Court *pro hac vice*.

Dated: April 10, 2024

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Todd A. Seaver*
Todd A. Seaver (BBO #645874)

Matthew D. Pearson
425 California St., Ste 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Email: tseaver@bermantabacco.com
          mpearson@bermantabacco.com

*Counsel for Plaintiff Massachusetts Laborers' Health & Welfare Fund*

**CERTIFICATE OF SERVICE**

I, Todd Seaver, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2024.

I further certify that on April 10, 2024, I caused to be electronically served a true and correct copy of the foregoing document to the persons at the addresses set forth below:

Caeli Higney
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Phone: (415) 393-8200
Email: chigney@gibsondunn.com

Samuel Liversidge
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7000
Email: sliversidge@gibsondunn.com

Stephen Weissman
Steve Pet
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 955-8678
Email: sweissman@gibsondunn.com
Email: spet@gibsondunn.com

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelehim International GmbH*

By:   */s/ Todd A. Seaver*
        Todd A. Seaver
        *Attorney for Plaintiffs*